FILED
JUN 1 1 2015
LESLIE MASON
CIRCUIT CLERK

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
FOR THE SECOND JUDICIAL DISTRICT AT BLYTHEVILLE

ANTONIO PATTERSON,

    Plaintiff,

vs.

JOHN H. STEIN JR, LARRY W.
WINKLER and SMITH
TRANSPORTATION, INC.,

    Defendants.

Cause No: CV-2015-127 (BD)
Jury Demanded

## COMPLAINT

Comes now the Plaintiff, Antonio Patterson, and would show unto the Court as follows:

I.

That your Plaintiff is a resident citizen of Memphis, Shelby County, Tennessee; that your Defendant, John H. Stein, Jr., is assumed to be a citizen and resident of Rosendale, Andrew County, Missouri; that your Defendant, Larry W. Winkler, is assumed to be a citizen and resident of Platte City, Platte County, Missouri; and that your Defendant, Smith Transportation, Inc., is a domestic corporation license and authorized to conduct business in the State of Arkansas.

II.

That on or about December 6, 2013, Plaintiff, Antonio Patterson, was a passenger in a 1991 Chevrolet Camaro travelling northbound on Interstate 55 near State Highway 148 when the vehicle came to a rest due to ice in and on the roadway. That Defendant, John H. Stein, Jr., while operating a 2009 Freightliner Cascadia bearing Kansas license 135184, assumed to be owned by and registered in the name of Larry W. Winkler, in the course and scope of employment by Smith

Transportation, Inc., was travelling northbound on Interstate 55, when without warning, Defendant did negligently and carelessly struck the rear of the 1991 Chevrolet Camaro. That the Plaintiff, Antonio Patterson, having exited the vehicle in an attempt to move it from the roadway, became aware of an impending collision of the 1991 Chevrolet Camaro and 2009 Freightliner Cascadia and threw himself out of the way in order to avoid being struck, injuring himself in the process.

### III.

Plaintiff charges and alleges that the Defendant, John H. Stein, Jr., was guilty of the following acts of common law negligence, each and every one of which was a direct and proximate cause of the Plaintiff's, resulting damages, to wit:

a. In failing to devote full time and attention to the operation of his vehicle;

b. In failing to maintain a proper outlook;

c. In driving his vehicle too fast under the conditions prevailing;

d. In failing to use that degree of care and caution as was required under the existing circumstances and conditions for the safety of themselves and others properly upon the aforementioned street;

e. In failing to control the movement, momentum for direction of travel of his vehicle, or to turn or guide the same, as it was his duty to do so, as to avoid causing a collision to occur, then and thereby injuring Plaintiff.

### IV.

As a direct and proximate result of the negligence of the Defendants, and resulting collision, the Plaintiff, Antonio Patterson, suffered serious, painful and permanent injuries, including but not limited to his shoulder, left side, and knees, and mental anguish; Plaintiff incurred doctor, medical,

hospital and other bills in an effort to cure said injuries and will in the future incur such expenses; Plaintiff's capacity for pleasure, business, work and the enjoyment of life have been impaired.

**WHEREFORE, PREMISES CONSIDERED, PLAINTIFFS RESPECTFULLY PRAY:**

1. That proper process issue against the Defendants requiring them to plead and answer.

2. That Plaintiff, Antonio Patterson, be awarded compensatory damages in the amount of ONE HUNDRED THIRTY THOUSAND and 00/100 ($130,000.00) DOLLARS.

3. That the Plaintiff be granted whatever other relief, general or specific, this Court deems equitable and just.

4. Plaintiff demands a Jury to try these issues when joined.

Respectfully submitted this ___ day of June, 2015.

By:_____
Blake Swan, Esq. (#2013-096)
Schwed, Adams, Sobel, & McGinley, P.A.
Clark Tower, Suite 2700
5100 Poplar Avenue
Memphis, Tennessee 38137
Telephone: (901) 322-6114
Facsimile: (877) 333-4033

SCHWED, ADAMS, SOBEL & MCGINLEY, P.A. is surety for the court costs of this cause.

_____
SCHWED, ADAMS, SOBEL & MCGINLEY, P.A.