# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KEESHA STRINGER**                                                                                           **PLAINTIFF**

v.                                    Case No. 3:14-cv-00151 KGB

**SMITH TRANSPORTATION, INC.**
**and JOHNIE STEIN**                                                                                          **DEFENDANTS**

v.

**ANTONIO PATTERSON**                                                                          **THIRD PARTY DEFENDANT**

**ANTONIO PATTERSON**                                                                                         **PLAINTIFF**

v.                                    Case No. 3:15-cv-00207 KGB

**JOHN H. STEIN JR., LARRY W. WINKLER,**
**and SMITH TRANSPORTATION, INC.**                                                                            **DEFENDANTS**

## ORDER

Before the Court is plaintiff Keesha Stringer's motion for continuance (Dkt. No. 48). The trial in this matter is currently set for the week of September 19, 2016.  Ms. Stringer represents that her damages are ongoing and that she and defendants cannot be ready for trial by the existing trial date.  Defendants do not object to Ms. Stringer's motion.  Therefore, for good cause shown, this Court grants Ms. Stringer's motion for continuance (Dkt. No. 48).  This case will be removed from the trial calendar for the week of September 19, 2016.  An Amended Final Scheduling Order, along with a new trial date, will be entered by separate Order.

So ordered this the 29th day of July, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge